Albert P. Hill and George W. Tryon, Copartners, etc., Respondents, v. Ernest R. Philo, Appellant.— Judgment unanimously affirmed, with costs.

Daniel Updike, Respondent, v. The McGreevy, McGuigan & Baum Construction Company, Appellant.—Judgment and order unanimously affirmed, with costs.

Frederick W. Mersereau and Minnie V. Mersereau, Appellants, v. Charles W. Loomis, Individually and as Executor, etc., of Diana Camp, Deceased, and Others, Respondents.— Judgment unanimously affirmed, with costs.

Frank D. Miller and Others, as Trustees, etc., Respondents, v. Manhattan Securities Company, Impleaded with Metropolitan Trust Company of the City of New York, as Administrator, etc., Appellant.— Judgment unanimously affirmed, with costs.

John Tricozzi, an Infant, by Vincenzo Tricozzi, His Guardian ad Litem, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.

John Tricozzi, an Infant, by Vincenzo Tricozzi, His Guardian ad Litem, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Jacob Willey, Jr., Respondent, v. Andrew Mynderse, Appellant.— Judgment and order affirmed, with costs. All concurred, except Howard and Woodward, JJ., who dissented.

Mary Fox, Respondent, v. Isadore M. Brown, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Howard, J., who dissented.

James Kelly, Respondent, v. Elmira Realty Company, Appellant.— Judgment and order unanimously affirmed, with costs.

The People of the State of New York, Plaintiff, v. The Metropolitan Surety Company, Defendant. Title Guaranty and Surety Company and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Pierre E. Du Bois, as Administrator, etc., of Emanuele Casamola, Deceased, Respondent, v. James Stewart & Company, Inc., Appellant.— Order modified by striking therefrom the provision that plaintiff recover of the defendant ten dollars costs of motion, and inserting in place thereof that the defendant recover of the plaintiff, as a condition of said amendment, ten dollars costs of the motion, and as modified affirmed, without costs. All concurred.

Merlin C. Dayton, Respondent, v. Lincoln S. Rogers and John A. Norton, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Patrick H. Flynn, Respondent, v. J. Benedict Roache and William A. Boland, Appellants. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements. All concurred.

Patrick H. Flynn, Respondent, v. J. Benedict Roache and William A.